# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICKY MILLER, #QH7734, | |
| Plaintiff, | CIVIL ACTION NO. 3:21-cv-01941 |
| v. | (SAPORITO, M.J.) |
| GEORGE LITTLE, Secretary of the Department of Corrections, et al., | |
| Defendants. | |

## ORDER

AND NOW, this 8th day of June, 2022, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT** the plaintiff's *pro se* motion for a preliminary injunction (Doc. 63) is **DENIED**.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge