# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVNIA

| | |
|---|---|
| RICKY MILLER,<br>　　　　Plaintiff, | : Civil No.: 3:21-cv-01941<br>:<br>: (SAPORITO, M.J.) |
| v. | :<br>: NOTICE OF APPEAL |
| GEORGE LITTLE; JOHN E. WETZEL;<br>LAUREL HARRY; BOBBI JO SALAMON;<br>JOHN/JANE DOE(S) 1-10<br>　　　　Defendants. | :<br>:<br>:<br>: |

Notice is hereby given that Ricky Miller, plaintiff, *pro-se,* hereby appeal to the United States Court of Appeals for the Third Circuit from the following Orders, entered on the following dates:

Order 92, Denying Plaintiff's Motion for Order to Compel Discovery, dated August 12, 2022; Order 105, dated March 15, 2023, Granting defendants motion to dismiss; Order 105, dated March 15, 2023, dismissing plaintiff's section 1983 First Amendment access-to-courts and section 1983 civil rights conspiracy claims; Order 105, dated March 15, 2023, dismissing plaintiff's Fourteenth Amendment due process claim for damages; Order 111, dated May 09, 2023, denying plaintiff's Rule 59(e) motion for reconsideration; Order 112, dated May 09, 2023, denying plaintiff's motion for leave to amend complaint.

By: *Ricky Miller*　　　　　　　　　　　　Dated: May 26, 2023
　　Ricky Miller, plaintiff, *pro-se,* QH7734
　　SCI-Rockview
　　Box A, 1 Rockview Place
　　Bellefonte, PA 16823

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I am placing copies of Notice of Appeal, in sealed envelopes, placed in prison mailbox, for first class postage to be applied by prison officials, addressed as follows:

Office of the Clerk
United States District Court (M.D.Pa.)
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

I, declare under penalty of perjury that the foregoing is true and correct. Executed on May 26, 2023.

By: *Ricky Miller*
    Ricky Miller, plaintiff, *pro-se*

Ricky Miller QH 7734                May 26, 2023
SCI-Rockview
Box A, 1 Rockview Place
Bellefonte, PA 16823

Office of the Clerk
United States District Court (M.D.Pa.)
235 North Washington Avenue
Scranton, PA 18501-1148

Re: Miller v. Little et al.,
    Civil No. 3:21-cv-01941 JFS

**FILED SCRANTON**
JUN 0 2 2023
Per_____
DEPUTY CLERK

Dear Clerk,

    Enclosed please find for filing: Notice of Appeal in the above matter.

    Secondly, please return to me application to proceed in forma pauperis and trust account certification form and/or any other documents that I am required to file.

Thanking you for your assistance in this matter.

Sincerely

*Ricky Miller*

Ricky Miller QH 7734
SCI-Rockview
Box A, 1 Rockview Place
Bellefonte, PA 16823

LEGAL MAIL

Office of the Clerk
United States District Court (M.D.Pa.)
235 N. Wash. Ave.
Scranton, PA 18501-1148

INMATE MAIL
PA DEPT OF
CORRECTIONS

RECEIVED
SCRANTON
JUN 02 2023
PER _____
DEPUTY CLERK

